UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL MOREHEAD | CIVIL ACTION |
| VERSUS | NO. 14-1390 |
| WARDEN ROBERT TANNER | SECTION "A"(5) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Michael Morehead for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED** in part for lack of jurisdiction, and **WITH PREJUDICE** in part as untimely.

June 22, 2015

_____
UNITED STATES DISTRICT JUDGE